HAMITER, Justice
(concurring).
Believing that the declaration of unconstitutionality announced by the majority is intended to affect only that portion of LRS 48:422 which relates to a person who is “in any way interested in any contract”, I concur in the decree affirming the judgment of the trial court.
PER CURIAM.
As the result of an application for rehearing we are aware of a need for a clarification of our decree. Our opinion clearly relates to the unconstitutionality of only that portion of LSA-R.S. 48:422, which prohibits any member of the Legislature or officer of the Executive Department of the State from being “in any way interested in any contract” for the building or improving of any highway or any other public work coming under the supervision of the Department of Highways or in any contract for the furnishing of any material or supplies of any kind to be used in connection therewith.
Accordingly, our decree is recast to read as follows:
For the reasons assigned, LSA-R.S. 48:-422 insofar as it prohibits any member of the Legislature or officer of the Executive Department of the State from being “in any way interested in any contract” for the building or improving of any highway or any other public work coming under the supervision of the Department of Highways or in any contract for the furnishing of. any material or supplies of any kind to be used in connection therewith is hereby decreed to be unconstitutional and the judgment of the trial court is accordingly affirmed.